UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL WEST,

    Plaintiff,

v.

    Case No. 8:18-cv-44-T-33AEP

TAMPA HOUSING AUTHORITY DEVELOPMENT CORPORATION,

    Defendant.
_____/

**ORDER**

This cause comes before the Court pursuant to Plaintiff Michael West's Notice of Conflict (Doc. # 21), filed on May 17, 2018. West's counsel, Nicolette Emerald Tsambis, Esq., indicates that she is currently scheduled to try another civil case in the Southern District of Florida during the week of February 25, 2019.

The Court notes that trial scheduling matters will be addressed during the pretrial conference in this case, which is currently scheduled to take place on January 17, 2019. Mindful that court schedules are subject to change, this Court directs counsel to re-raise this potential conflict at the time of the pretrial conference. Counsel for Defendant should also reserve similar scheduling questions and concerns for the pretrial conference. This Court will do all within reason to accommodate the trial schedules of counsel.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

This Court will address scheduling issues during the pretrial conference in this case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 17th day of May, 2018.

*/s/ Virginia M. Hernandez Covington*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE